BRAD D. BRIAN (State Bar No. 079001)
JEROME C. ROTH (State Bar No. 159483)
KRISTIN LINSLEY MYLES (State Bar No. 154148)
LINDA M. BURROW (State Bar No. 194668)
ROBERT E. SATTERTHWAITE (State Bar No. 223767)
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
Linda.Burrow@mto.com

Attorneys for Defendant
THE BOEING COMPANY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>THE BOEING COMPANY and LOCKHEED MARTIN CORPORATION,<br><br>Defendants. | CASE NO. CV 05-7533 FMC (MANx)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND**<br><br>Judge: Hon. Florence-Marie Cooper<br><br>Crtrm: 750 |

WHEREAS Plaintiff served Defendants with the Complaint in this action on October 24, 2005; and

WHEREAS each Defendant's response to the complaint would be due under the Federal Rules of Civil Procedure on November 14, 2005;

WHEREAS Plaintiff will file an Amended Complaint in this action on or before November 11, 2005;

PLAINTIFF AND DEFENDANTS HEREBY STIPULATE AND AGREE:

1. If Plaintiff files an Amended Complaint on or before November 11,

- 1 -

STIPULATION EXTENDING TIME
CASE NO. CV 05-7533 (MANX)

2005, each Defendant shall have until Friday, December 2, 2005, to respond to the Amended Complaint; and

    2 If Plaintiff does not file an Amended Complaint on or before November 11, 2005, each Defendant shall have until Monday, November 28, 2005, to respond to the original Complaint.

SO STIPULATED:

DATED: November 4, 2005     MUNGER, TOLLES & OLSON LLP

By: _____
    JEROME C. ROTH

Counsel for Defendant
THE BOEING COMPANY

DATED: November 4, 2005     MCDERMOTT WILL & EMERY LLP

By: Robert P. Mallory
    ROBERT P. MALLORY

Counsel for Defendant
LOCKHEED MARTIN CORPORATION

DATED: November 4, 2005     MORRISON & FOERSTER LLP

By: _____
    CHARLES S. BARQUIST

Counsel for Plaintiff
SPACE EXPLORATION
TECHNOLOGIES CORPORATION

SO ORDERED:

_____     NOV -7 2005
UNITED STATES DISTRICT JUDGE     DATE

## PROOF OF SERVICE BY MAIL

I, Cynthia S. Soden, declare:

I am over the age of 18 and not a party to the within cause. I am employed by Munger, Tolles & Olson LLP in the County of Los Angeles, State of California. My business address is 355 South Grand Avenue, Suite 3500, Los Angeles, California 90071-1560.

On November 4, 2005, I served a true copy of the attached document entitled **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND** by placing it in an addressed, sealed envelope clearly labeled to identify the person being served at the address shown below and placing said envelope in interoffice mail for collection and deposit in the United States Postal Service at 355 South Grand Avenue, Los Angeles, California, on that date following ordinary business practices:

**[See Attached Service List]**

I am familiar with Munger, Tolles & Olson LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct. Executed November 4, 2005, at Los Angeles, California.

*Cynthia S. Soden*
Cynthia S. Soden

1136165.1                                                                 PROOF OF SERVICE

## SERVICE LIST

Charles S. Barquist
Anthony L. Press
Steven M. Haines
MORRISON & FOERSTER LLP
555 West Fifth Street
Los Angeles, CA 90013-1024

Dan Chammas
Robert P. Mallory
McDERMOTT WILL & EMERY
2049 Century Park East, 34th Floor
Los Angeles, CA 90067-03208