Name and address
**McDERMOTT WILL & EMERY, LLP**
DAVID MARX, JR. (to be admitted pro hac vice)
ROBERT P. MALLORY (Bar No. 48287)
2049 Century Park East
34th Floor
Los Angeles, CA 90067-3208
Telephone: 310.551.9353
Facsimile: 310.277.4730

FILED
CLERK, U.S DISTRICT COURT
NOV 10 2005
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Space Exploration Technologies Corporation | CASE NUMBER  CV 05 7533 FMC (MANx) |
|---|---|
| Plaintiff(s) | |
| The Boeing Company and Lockheed Martin Corporation | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

The Court, having reviewed the accompanying Application of __David Marx, Jr.__,
*Applicant's Name*
of __McDermott, Will & Emery LLP__ for permission to appear and participate in the above-entitled
*Firm Name*
action on behalf of ☐ Plaintiff   ☒ Defendant __Lockheed Martin Corporation__

and the designation of __Robert P. Mallory__ of __McDermott Will & Emery LLP__
*Local Counsel Designee*                    *Local Counsel Firm*

as local counsel, hereby **ORDERS** the Application be:

☒ **GRANTED**

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

NOV 10 2005
Dated _____

_____
U. S. District Judge/~~U.S. Magistrate Judge~~

LODGED
2005 NOV -9 PM 3:06

DOCKETED ON CM
NOV 10 2005

G-64 ORDER (06/05)   ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

PROOF OF SERVICE BY MAIL
FRCP(a)(b)(1)(B)
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 2049 Century Park East, 34th Floor, Los Angeles, California 90067-3208.

On **November 9, 2005**, I served the foregoing documents described as ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE on the interested parties of record in the action by:

[X] placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

[ ] placing [ ] the original [ ] a true copy thereof enclosed in sealed envelopes addressed as follows: document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

[X] **BY MAIL**

[ ] I deposited in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

[X] I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Firm City, Firm State in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **November 9, 2005**, at Los Angeles, California.



Rosemary St. John

LAS99 1427580-2.046395 0176

ORDER ON APPLICATION OF NON-RESIDENT
ATTORNEY TO APPEAR IN A SPECIFIC CASE

# SERVICE LIST

Charles S. Barquist
Anthony L. Press
Steven M. Haines
Morrison & Foerster LLP
555 West Fifth Street
Los Angeles, CA 90013-1024
Telephone: 213-892-5200
Facsimile:  213-892-5454
cbarquist@mofo.com
apress@mofo.com
shaines@mofo.com
Attorneys for Plaintiff, Space Exploration Technologies Corporation

W. Stephen Smith
Jeffrey A. Jaeckel
Morrison & Foerster LLP
2000 Pennsylvania Avenue, NW
Washington, D.C. 20006-1888
ssmith@mofo.com
jjaecke@mofo.com
Telephone: 202-887-1500
Facsimile:  202-887-0763
Attorneys for Plaintiff, Space Exploration Technologies Corporation

Brad D. Brian
Munger, Tolles & Olson LLP
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071
Telephone: 213-683-9100
Facsimile:  213-683-3702
Brad.brian@mto.com
Attorneys for Defendant, The Boeing Company

Jerome C. Roth
Munger, Tolles & Olson LLP
560 Mission Street
27th Floor
San Francisco, CA 94105
Telephone: 415-512-4000
Facsimile:  415-683-4077
Jerome.roth@mto.com
Attorneys for Defendant, The Boeing Company