Name and address

| Robert Mallory  (State Bar No. 048287) | Raymond Jacobsen |
| McDermott Will & Emery LLP | McDermott Will & Emery |
| 2049 Century Park East, 34th Floor | 600 13th Street, N.W. |
| Los Angeles, CA 90067-3208 | Washington, D.C. 20005 |
| 310-277-4110 (main) | 202-756-8000 (main) |
| 310-277-4730 (fax) | 202-756-8087 (fax) |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Space Exploration Technologies Corporation

Plaintiff(s)

v.

The Boeing Company and Lockheed Martin Corporation

Defendant(s).

CASE NUMBER

CV05-7533 FMC (MANx)

ORDER ON
APPLICATION OF NON-RESIDENT ATTORNEY
TO APPEAR IN A SPECIFIC CASE

The Court, having reviewed the accompanying Application of  Amy E. Hancock ,
                                                              *Applicant's Name*

of  McDermott Will & Emery LLP   for permission to appear and participate in the above-entitled
       *Firm Name*

action on behalf of ☐ Plaintiff    ☒ Defendant  Lockheed Martin Corporation

and the designation of  Robert Mallory   of  McDermott Will & Emery LLP
                        *Local Counsel Designee*         *Local Counsel Firm*

as local counsel, hereby **ORDERS** the Application be:

☒ GRANTED

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated  NOV 17 2005

_____
U. S. District Judge/U.S. Magistrate Judge

DOCKETED ON CM

NOV 18 2005

G-64 ORDER (06/05)    ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

ORIGINAL

**PROOF OF SERVICE BY MAIL**
**CCP §1013a CCP Revised 1/1/88**
**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 2049 Century Park East, 34th Floor, Los Angeles, California 90067-3208.

On **November 16, 2005**, I served the foregoing documents described as **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** on the interested parties of record in the action by:

[X] placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

[ ] placing [ ] the original [ ] a true copy thereof enclosed in sealed envelopes addressed as follows: document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

[X] **BY MAIL**

[ ] I deposited in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

[X] I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Firm City, Firm State in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **November 16, 2005**, at Los Angeles, California.

Vivian L. Jasper

LAS99 1425523-2.046395.0176

# SERVICE LIST

Charles S. Barquist
Anthony L. Press
Steven M. Haines
Morrison & Foerster LLP
555 West Fifth Street
Los Angeles, CA 90013-1024
Telephone: 213-892-5200
Facsimile: 213-892-5454
cbarquist@mofo.com
apress@mofo.com
shaines@mofo.com
Attorneys for Plaintiff, Space
Exploration Technologies Corporation

W. Stephen Smith
Jeffrey A. Jaeckel
Morrison & Foerster LLP
2000 Pennsylvania Avenue, NW
Washington, D.C. 20006-1888
ssmith@mofo.com
jjaecke@mofo.com
Telephone: 202-887-1500
Facsimile: 202-887-0763
Attorneys for Plaintiff, Space Exploration
Technologies Corporation

Brad D. Brian
Munger, Tolles & Olson LLP
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071
Telephone: 213-683-9100
Facsimile: 213-683-3702
Brad.brian@mto.com
Attorneys for Defendant, The Boeing
Company

Jerome C. Roth
Munger, Tolles & Olson LLP
560 Mission Street
27th Floor
San Francisco, CA 94105
Telephone: 415-512-4000
Facsimile: 415-683-4077
Jerome.roth@mto.com
Attorneys for Defendant, The Boeing
Company