CHARLES S. BARQUIST (CA BAR NO. 133785)
ANTHONY L. PRESS (CA BAR NO. 125027)
STEVEN M. HAINES (CA BAR NO. 166677)
MORRISON & FOERSTER LLP
555 West Fifth Street
Los Angeles, California 90013-1024
Telephone: 213.892.5200
Facsimile: 213.892.5454
cbarquist@mofo.com
apress@mofo.com
shaines@mofo.com

W. STEPHEN SMITH
JEFFREY A. JAECKEL
MORRISON & FOERSTER LLP
2000 Pennsylvania Ave., NW
Washington, D.C. 20006-1888
Telephone: 202.887.1500
Facsimile: 202.887.0763
ssmith@mofo.com
jjaeckel@mofo.com

Attorneys for Plaintiff
SPACE EXPLORATION TECHNOLOGIES
CORPORATION

LODGED

FILED
CLERK US DISTRICT COURT
NOV 28 2005
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Send

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SPACE EXPLORATION
TECHNOLOGIES
CORPORATION,

Plaintiff,

v.

THE BOEING COMPANY and
LOCKHEED MARTIN
CORPORATION,

Defendants.

Case No. CV05-7533 FMC (MANx)

**STIPULATION AND
[PROPOSED] ORDER REGARDING
SCHEDULING OF DEFENDANTS'
MOTIONS TO DISMISS**

STIPULATION AND PROPOSED ORDER

la-830817

DOCKETED ON CM
NOV 29 2005
BY _____ 007

Plaintiff Space Exploration Technologies Corporation ("SpaceX") and Defendants The Boeing Company ("Boeing") and Lockheed Martin Corporation ("Lockheed") through their respective counsel of record hereby enter into this Stipulation, which relates to the following facts:

A. SpaceX served its original Complaint on Defendants on October 24, 2005.

B. On November 7, 2005, this Court entered a Stipulation and Order Extending Time for Defendants to Respond, which provided that, if SpaceX filed an Amended Complaint on or before November 11, 2005, each Defendant shall have until December 2, 2005, to respond to the Amended Complaint.

C. SpaceX filed and served its First Amended Complaint on November 11, 2005.

D. On November 21, 2005, Lockheed filed and served its Motion to Dismiss Plaintiff's First Amended Complaint ("Lockheed's Motion to Dismiss"). The hearing on Lockheed's Motion to Dismiss is currently scheduled for December 12, 2005, at 10:00 a.m. before this Court.

E. Boeing intends to file a motion to dismiss the First Amended Complaint ("Boeing's Motion to Dismiss") on or before November 30, 2005.

F. Because of the upcoming holidays, and in order to promote judicial economy and efficiency, the parties agree that there is good cause to continue the hearing on Lockheed's Motion to Dismiss from December 12, 2005, at 10:00 a.m., to January 9, 2006, at 10:00 a.m., before this Court, and that Boeing's Motion to Dismiss also should be heard on January 9, 2006, at 10:00 a.m., before this Court.

G. The parties have further agreed that SpaceX will not file a motion seeking preliminary injunctive relief prior to the earlier of the following dates: (a) the date of issuance of the Court's rulings on Lockheed's Motion to Dismiss and Boeing's Motion to Dismiss; or (b) 21 calendar days after January 9, 2006.

1

1  THEREFORE, PLAINTIFF AND DEFENDANTS STIPULATE to the following hearing and briefing schedule and respectfully request that the Court enter the following order:

1. The hearing on Lockheed's Motion to Dismiss shall be continued from December 12, 2005, at 10:00 a.m., to January 9, 2006, at 10:00 a.m., before this Court.

2. Boeing shall file and serve its Motion to Dismiss on or before November 30, 2005. Boeing's Motion to Dismiss shall be scheduled for hearing at the same time as Lockheed's Motion to Dismiss, on January 9, 2006, at 10:00 a.m., before this Court.

3. SpaceX shall file and serve its Oppositions to Lockheed's Motion to Dismiss and Boeing's Motion to Dismiss on or before December 16, 2005.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

2

STIPULATION AND PROPOSED ORDER

la-830817

4. Lockheed and Boeing shall file and serve their Replies for the Motions to Dismiss on or before December 30, 2005.

Dated: November 23, 2005

MORRISON & FOERSTER LLP

By: *Anthony L. Press*
Anthony L. Press
Attorneys for Plaintiffs
Space Exploration Technologies Corporation

Dated: November 23, 2005

MUNGER, TOLLES & OLSON LLP

By: *Jerome C. Roth*
Jerome C. Roth
Attorneys for Defendant
The Boeing Company

Dated: November 23, 2005

McDERMOTT WILL & EMERY LLP

By: _____
Robert P. Mallory
Attorneys for Defendant
Lockheed Martin Corporation

IT IS SO ORDERED.

Dated: *Nov. 28*, 2005

*Florence Marie Cooper*
United States District Court Judge

    4.    Lockheed and Boeing shall file and serve their Replies for the Motions to Dismiss on or before December 30, 2005.

Dated: November 23, 2005    MORRISON & FOERSTER LLP

By: _____
    Anthony L. Press
    Attorneys for Plaintiffs
    Space Exploration Technologies
    Corporation

Dated: November 23, 2005    MUNGER, TOLLES & OLSON LLP

By: _____
    Jerome C. Roth
    Attorneys for Defendant
    The Boeing Company

Dated: November 23, 2005    McDERMOTT WILL & EMERY LLP

By: _____/s/ Robert P. Malloy_____
    Robert P. Mallory
    Attorneys for Defendant
    Lockheed Martin Corporation

IT IS SO ORDERED.

Dated: _____, 2005

_____
United States District Court Judge

3

STIPULATION AND PROPOSED ORDER

la-830817

# PROOF OF SERVICE
(FRCivP 5(b)) or
(CCP 1011, 2015.5)

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Morrison & Foerster LLP, 555 West Fifth Street, Suite 3500, Los Angeles, California 90013-1024. On November 23, 2005 I served the within documents:

## STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING OF DEFENDANTS' MOTIONS TO DISMISS

☒ by placing the document(s) listed above in sealed envelope(s) in a designated "OUT" box in the office of my employer. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid. (CCP §1013a, 2015.5, FRCivP §5(B), or FRAP 25(d).)

David Marx, Jr.
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, Illinois 60606-5096
Facsimile: (312) 984-7700
Telephone: (312) 984-2000

Raymond Jacobsen, Esq.
Amy Hancock, Esq.
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington D.C. 20005
Facsimile: (202) 756-8087
Telephone: (202) 756-8000

Robert Mallory, Esq.
Dan Chammas, Esq.
McDermott Will & Emery LLP
2049 Century Park East, 34th Floor
Los Angeles, CA 90067-3208
Facsimile: (310) 277-4730
Telephone: (310) 277-4110

Brad D. Brian, Esq.
Jerome C. Roth, Esq.
Kristin Linsley Myles
Linda M. Burrow
Robert E. Satterthwaite, Esq.
Munger, Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Facsimile: (213) 687-3702
Telephone: (213) 687-9100

☐ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 23, 2005 at Los Angeles, California.

Margaret Halpenny

la-830995