Name and address
W. Stephen Smith
MORRISON & FOERSTER LLP
2000 Pennsylvania Ave., NW
Washington, DC 20006-1888
Telephone: (202) 887-1500
Facsimile: (202) 887-0763

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORPORATION, <br><br> Plaintiff(s) <br><br> v. <br><br> THE BOEING COMPANY, and LOCKHEED MARTIN CORPORATION, <br><br> Defendant(s). | CASE NUMBER <br><br> CV05-7533 FMC (MANx) <br><br> ORDER ON <br> APPLICATION OF NON-RESIDENT ATTORNEY <br> TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of <u>W. Stephen Smith</u>,
*Applicant's Name*

of <u>Morrison & Foerster, LLP</u> for permission to appear and participate in the above-entitled
*Firm Name*

action on behalf of [X] Plaintiff [ ] Defendant <u>Space Exploration Technologies Corporation</u>

and the designation of <u>Charles S. Barquist</u> of <u>Morrison & Foerster, LLP</u>
*Local Counsel Designee*      *Local Counsel Firm*

as local counsel, hereby **ORDERS** the Application be:

[X] GRANTED

[ ] DENIED. Fee, if paid, shall be returned by the Clerk.

Dated DEC - 6 2005

U. S. District Judge/U.S. Magistrate Judge

DOCKETED ON CM
DEC - 6 2005

G-64 ORDER (06/05)     ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE     CCD-G640