Name and address
Jeffrey A. Jaeckel
MORRISON & FOERSTER LLP
2000 Pennsylvania Ave., NW
Washington, DC  20006-1888
Telephone: (202) 887-1500
Facsimile: (202) 887-0763

FILED
CLERK, U.S. DISTRICT COURT
DEC - 6 2005
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORPORATION, <br><br> Plaintiff(s) <br><br> v. <br><br> THE BOEING COMPANY, and LOCKHEED MARTIN CORPORATION, <br><br> Defendant(s). | CASE NUMBER <br><br> CV05-7533 FMC (MANx) <br><br><br> ORDER ON <br> APPLICATION OF NON-RESIDENT ATTORNEY <br> TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of <u>Jeffrey A. Jaeckel</u>,
                                                              *Applicant's Name*

of <u>Morrison & Foerster, LLP</u> for permission to appear and participate in the above-entitled
      *Firm Name*

action on behalf of [X] Plaintiff [ ] Defendant <u>Space Exploration Technologies Corporation</u>

and the designation of <u>Charles S. Barquist</u> of <u>Morrison & Foerster, LLP</u>
                          *Local Counsel Designee*              *Local Counsel Firm*

as local counsel, hereby **ORDERS** the Application be:

[✓] GRANTED

[ ] DENIED. Fee, if paid, shall be returned by the Clerk.

Dated 12/6/05

*[signature]*
U. S. District Judge/U.S. Magistrate Judge

DOCKETED ON CM
DEC - 7 2005
BY

25