Brad D. Brian (State Bar No. 079001)
Linda M. Burrow (State Bar No. 194668)
MUNGER, TOLLES & OLSON LLP
355 S. Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Tel: (213) 683-9100

Attorneys for Defendant
THE BOEING COMPANY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SPACE EXPLORATION TECHNOLOGIES CORPORATION,

Plaintiff(s)

V.

THE BOEING COMPANY and LOCKHEED MARTIN CORPORATION,

Defendant(s).

CASE NUMBER
CV 05-7533 FMC (MANx)

ORDER ON
APPLICATION OF NON-RESIDENT ATTORNEY
TO APPEAR IN A SPECIFIC CASE

The Court, having reviewed the accompanying Application of <u>Scott M. McCaleb</u>
*Applicant's Name*

of <u>Wiley Rein & Fielding LLP</u> for permission to appear and participate in the above-entitled
*Firm Name*

action on behalf of ☐ Plaintiff ☒ Defendant <u>The Boeing Company</u>

and the designation of <u>Linda M. Burrow</u> of <u>Munger, Tolles & Olson LLP</u>
*Local Counsel Designee* *Local Counsel Firm*

as local counsel, hereby **ORDERS** the Application be:

☒ GRANTED

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated 1/3/06

U. S. District Judge/U.S. Magistrate Judge

## PROOF OF SERVICE BY MAIL

I, Cynthia S. Soden, declare:

I am over the age of 18 and not a party to the within cause. I am employed by Munger, Tolles & Olson LLP in the County of Los Angeles, State of California. My business address is 355 South Grand Avenue, Suite 3500, Los Angeles, California 90071-1560.

On January 3, 2006, I served a true copy of the attached document entitled **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** by placing it in an addressed, sealed envelope clearly labeled to identify the person being served at the address shown below and placing said envelope in interoffice mail for collection and deposit in the United States Postal Service at 355 South Grand Avenue, Los Angeles, California, on that date following ordinary business practices:

**[See Attached Service List]**

I am familiar with Munger, Tolles & Olson LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct. Executed January 3, 2006, at Los Angeles, California.

*Cynthia S. Soden*
Cynthia S. Soden

1136165.1                                                                    PROOF OF SERVICE

## SERVICE LIST

1
2
3  Charles S. Barquist
   Anthony L. Press
4  Steven M. Haines
   MORRISON & FOERSTER LLP
5  555 West Fifth Street
   Los Angeles, CA  90013-1024
6
   Dan Chammas
7  Robert P. Mallory
   McDERMOTT WILL & EMERY
8  2049 Century Park East, 34th Floor
   Los Angeles, CA  90067-03208
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1136165.1                    - 2 -                          PROOF OF SERVICE