P Send

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. CV 05-7533 FMC(MANx) | Date January 5, 2006 |

Title  SPACE EXPLORATION TECHNOLOGIES CORPORATION
v. THE BOEING COMPANY, et al.

---

Present: The Honorable  FLORENCE-MARIE COOPER

| Alicia Mamer | Not present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Not present                                               Not present

**Proceedings:** ORDER CONTINUING HEARING DATE OF:
1) DEFENDANT LOCKHEED'S MOTION TO DISMISS (#17)
2) DEFENDANT BOEING'S MOTION TO DISMISS (#23)
(In Chambers)

The Court, on its own motion, hereby continues for hearing the above-referenced motion(s) from January 9, 2006 to **February 13, 2006 at 10:00 a.m.** The briefing schedule is not changed by this order; briefs will be due on the dates previously set.

Initials of Preparer  AM

DOCKETED ON CM
JAN - 6 2006
34