Send

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No.  CV 05-7533 FMC(MANx)                               Date  February 13, 2006

Title  SPACE EXPLORATION TECHNOLOGIES CORPORATION
       v. THE BOEING COMPANY, et al.

Present: The Honorable  FLORENCE-MARIE COOPER

| Alicia Mamer | Pat Cuneo | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Charles Barquist                           Jerome C. Roth
Steven M. Haines                           Benjamin S. Sharp
                                           Scott M. McCaleb
                                           Robert Mallory
                                           David Marx, Jr.

**Proceedings:**   HEARING OF:
1) DEFENDANT LOCKHEED'S MOTION TO DISMISS (#17)
2) DEFENDANT BOEING'S MOTION TO DISMISS (#23)

The Court hears oral argument in the above-referenced motions and takes its ruling UNDER SUBMISSION. The Court' final order will be issued.

: 30

Initials of Preparer  AM



DOCKETED ON CM
FEB 1 3 2006