Name and address
DAVID BOIES
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300
dboies@bsfllp.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORPORATION, <br><br> Plaintiff(s) <br><br> v. <br><br> THE BOEING COMPANY and LOCKHEED MARTIN CORPORATION, <br><br> Defendant(s). | CASE NUMBER <br><br> CV05-7533 FMC (MANx) <br><br> ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of ___David Boies___,
*Applicant's Name*

of ___BOIES, SCHILLER & FLEXNER LLP___ for permission to appear and participate in the above-entitled
*Firm Name*

action on behalf of ☑ Plaintiff ☐ Defendant ___Space Exploration Technologies Corporation___

and the designation of ___Charles S. Barquist___ of ___MORRISON & FOERSTER LLP___
*Local Counsel Designee* *Local Counsel Firm*

as local counsel, hereby **ORDERS** the Application be:

☑ GRANTED

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated ___MAR 2 1 2006___ _____
U. S. District Judge/U.S. Magistrate Judge



G-64 ORDER (06/05)   ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

# PROOF OF SERVICE
(FRCivP 5(b)) or

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Morrison & Foerster LLP, 555 West Fifth Street, Suite 3500, Los Angeles, California 90013-1024. On March 21, 2006 I served the within documents:

**APPLICATION OF DAVID BOIES NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**

**[PROPOSED] ORDER ON APPLICATION OF DAVID BOIES NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**

- ☒ BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. rule 5(b)(2)(a)] by electronically mailing a true and correct copy through Morrison & Foerster LLP's electronic mail system to the e-mail address(es) set forth below, or as stated on the attached service list per agreement in accordance with Federal Rules of Civil Procedure rule 5(b).

- ☒ by placing the document(s) listed above in sealed envelope(s) in a designated "OUT" box in the office of my employer. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid. (CCP §1013a, 2015.5, FRCivP §5(B), or FRAP 25(d).)

David Marx, Jr., Esq.
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, Illinois 60606-5096
Facsimile: (312) 984-7700
Telephone: (312) 984-2000
Email: dmarx@mwe.com

Raymond Jacobsen, Esq.
Amy Hancock, Esq.
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington D.C. 20005
Facsimile: (202) 756-8087
Telephone: (202) 756-8000
Email: rjacobsen@mwe.com
Email: ahancock@mwe.com

la-834843

| | |
|---|---|
| Robert Mallory, Esq.<br>Dan Chammas, Esq.<br>McDermott Will & Emery LLP<br>2049 Century Park East,<br>34th Floor<br>Los Angeles, CA 90067-3208<br>Facsimile: (310) 277-4730<br>Telephone: (310) 277-4110<br>Email: rmallory@mwe.com<br>Email: dchammas@mwe.com | Brad D. Brian, Esq.<br>Jerome C. Roth, Esq.<br>Kristin Linsley Myles, Esq.<br>Linda M. Burrow, Esq.<br>Robert E. Satterthwaite, Esq.<br>Munger, Tolles & Olson LLP<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, CA 90071-1560<br>Facsimile: (213) 687-3702<br>Telephone: (213) 687-9100<br>Email: Brad.Brian@mto.com<br>Email: Jerome.Roth@mto.com<br>Email: Kristin.Myles@mto.com<br>Email: Linda.Burrow@mto.com<br>Email: Satterthwaitere@mto.com |

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 21, 2006 at Los Angeles, California.

_____
Rosa L. Beltran

la-834843