**BY FAX**

CHARLES S. BARQUIST (CA BAR NO. 133785)
ANTHONY L. PRESS (CA BAR NO. 125027)
STEVEN M. HAINES (CA BAR NO. 166677)
MORRISON & FOERSTER LLP
555 West Fifth Street
Los Angeles, California 90013-1024
Telephone: 213.892.5200
Facsimile: 213.892.5454
cbarquist@mofo.com
apress@mofo.com
shaines@mofo.com

STEVEN C. HOLTZMAN (CA BAR NO. 144177)
KIERAN P. RINGGENEBRG (CA BAR NO. 208600)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, California 94612Z
Telephone: 510.874.1000
Facsimile: 510.874.1460
sholtzman@bsfllp.com
kringgenberg@bsfllp.com

Attorneys for Plaintiff
SPACE EXPLORATION TECHNOLOGIES
CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY and LOCKHEED MARTIN CORPORATION,<br><br>Defendants. | Case No. CV05-7533 FMC (MANx)<br><br>STIPULATION AND [PROPOSED] ORDER PERMITTING FILING OF CONSOLIDATED BRIEF<br><br>Judge: Hon. Florence Marie-Cooper<br>Date: May 15, 2006<br>Time: 10:00 AM<br>Dept.: 750 |

WHEREAS, each of the Defendants has filed a motion to dismiss the Second Amended Complaint of Space Exploration Technologies Corp. ("SpaceX"); and

WHEREAS, SpaceX believes that Defendants' motions raise common and overlapping issues, and that therefore it would serve the interests of efficiency and economy for SpaceX to file a single, consolidated brief responding to both motions.

PLAINTIFF AND DEFENDANTS HEREBY STIPULATE AND AGREE:

1. SpaceX may submit a consolidated Opposition responding to the motions to dismiss filed by the two Defendants; and

2. The page limit for SpaceX's consolidated Opposition shall be the same as the combined page limit for two opposition briefs, *i.e*, 50 pages.

SO STIPULATED:

DATED: April __, 2006        BOIES, SCHILLER & FLEXNER LLP

By: _____
    KIERAN P. RINGGENBERG

Counsel for Plaintiff
SPACE EXPLORATION
TECHNOLOGIES CORPORATION

DATED: April 13, 2006        MUNGER, TOLLES & OLSON LLP

By: _____
    JEROME C. ROTH

Counsel for Defendant
THE BOEING COMPANY

DATED: April __, 2006        McDERMOTT WILL & EMERY LLP

By: _____
    ROBERT P. MALLORY

Counsel for Defendant
LOCKHEED MARTIN CORPORATION

SO ORDERED.

DATED: April __, 2006        _____
    United States District Court Judge

1

STIPULATION AND [PROPOSED] ORDER PERMITTING FILING OF CONSOLIDATED BRIEF

PLAINTIFF AND DEFENDANTS HEREBY STIPULATE AND AGREE:

1. SpaceX may submit a consolidated Opposition responding to the motions to dismiss filed by the two Defendants; and

2. The page limit for SpaceX's consolidated Opposition shall be the same as the combined page limit for two opposition briefs, i.e., 50 pages.

SO STIPULATED:

DATED: April ___, 2006            BOIES, SCHILLER & FLEXNER LLP


                                  By: _____
                                       KIERAN P. RINGGENBERG

                                  Counsel for Plaintiff
                                  SPACE EXPLORATION
                                  TECHNOLOGIES CORPORATION

DATED: April ___, 2006            MUNGER, TOLLES & OLSON LLP


                                  By: _____
                                       JEROME C. ROTH

                                  Counsel for Defendant
                                  THE BOEING COMPANY

DATED: April 13, 2006             McDERMOTT WILL & EMERY LLP

                                  

                                  By: _____
                                       ROBERT P. MALLORY

                                  Counsel for Defendant
                                  LOCKHEED MARTIN CORPORATION


SO ORDERED:


DATED: April ___, 2006
                                  _____
                                  United States District Court Judge

1

STIPULATION AND [PROPOSED] ORDER PERMITTING
FILING OF CONSOLIDATED BRIEF

PLAINTIFF AND DEFENDANTS HEREBY STIPULATE AND AGREE:

1. SpaceX may submit a consolidated Opposition responding to the motions to dismiss filed by the two Defendants; and

2. The page limit for SpaceX's consolidated Opposition shall be the same as the combined page limit for two opposition briefs, *i.e.*, 50 pages.

SO STIPULATED:

DATED: April 12, 2006            BOIES, SCHILLER & FLEXNER LLP

                                 By: _____
                                        KIERAN P. RINGGENBERG

                                 Counsel for Plaintiff
                                 SPACE EXPLORATION
                                 TECHNOLOGIES CORPORATION

DATED: April ___, 2006           MUNGER, TOLLES & OLSON LLP

                                 By: _____
                                        JEROME C. ROTH

                                 Counsel for Defendant
                                 THE BOEING COMPANY

DATED: April ___, 2006           McDERMOTT WILL & EMERY LLP

                                 By: _____
                                        ROBERT P. MALLORY

                                 Counsel for Defendant
                                 LOCKHEED MARTIN CORPORATION

SO ORDERED.

DATED: April 19, 2006            _____
                                 United States District Court Judge

1    STIPULATION AND [PROPOSED] ORDER PERMITTING
     FILING OF CONSOLIDATED BRIEF

## DECLARATION OF SERVICE

I, the undersigned, declare as follows:

I am employed in the County of Alameda, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 1999 Harrison Street, Suite 900, Oakland, California, 94612, in said County and State; on April 18, 2006, I served the:

**STIPULATION AND [PROPOSED] ORDER PERMITTING FILING OF CONSOLIDATED BRIEF**

By providing a true copy thereof to each of the persons named below:

Bran D. Brian
Jerome C. Roth
Kristin Linsley Myles
Linda M. Burrow
Robert E. Satterthwaite
Munger, Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
Email: brad.brian@mto.com
Email: jerome.roth@mto.com
Email: kristin.myles@mto.com
Email: linda.burrow@mto.com
Email: satterthwaitere@mto.com
*Counsel for The Boeing Company*

Scott McCaleb
Wiley Rein and Fielding LLP
1776 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 719-7000
Facsimile: (202) 719-7049
Email: smccaleb@wrf.com
*Counsel for The Boeing Company*

Benjamin S Sharp
Perkins Coie LLP
607 Fourteenth Street, N.W.
Washington, D.C. 20005-2011
Telephone: (202) 628-6600
Facsimile: (202) 434-1690
Email: bsharp@perkinscoie.com
*Counsel for The Boeing Company*

David Marx, Jr.
McDermott Will & Emery LLP
227 West Monroe Street
Chicago, Illinois 60606-5096
Telephone: (312) 372-2000
Facsimile: (312) 984-7700
Email: dmarx@mwe.com
*Counsel for Lockheed Martin Corporation*

Raymond Jacobsen
Amy Hancock
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, D.C. 20005
Telephone: (202) 756-8000
Facsimile: (202) 756-8087
Email: rjacobsen@mwe.com
Email: ahancock@mwe.com
*Counsel for Lockheed Martin Corporation*

Robert Mallory
Dan Chammas
McDermott Will & Emery LLP
2049 Century Park East, 34th Floor
Los Angeles, California 90067-3208
Telephone: (310) 277-4110
Facsimile: (310) 277-4730
Email: rmallory@mwe.com
Email: dchammas@mwe.com
*Counsel for Lockheed Martin Corporation*

1

*DECLARATION OF SERVICE*

11340061.tif - 4/18/2006 1:18:05 PM

☒ **BY MAIL:** I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY PERSONAL SERVICE:** I placed a true copy in a sealed envelope addressed to each person[s] named at the address[es] shown and giving same to a messenger for personal delivery before 5:00 p.m. on the above-mentioned date.

☐ **BY ELECTRONIC MAIL.**

☒ **BY FACSIMILE:** From facsimile machine telephone number (510) 874-1460, on the above-mentioned date, I served a copy of the above-referenced documents by facsimile transmission to the persons at the numbers indicated.

☐ **BY FEDERAL EXPRESS NEXT DAY AIR:** I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for delivery by Federal Express. Pursuant to that practice, envelopes placed for collection at designated locations during designated hours are delivered to Federal Express with a fully completed airbill, under which all delivery charges are paid by Boies, Schiller & Flexner LLP, that same day in the ordinary course of business.

☐ (STATE)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that the foregoing document(s) were printed on recycled paper.

☒ (FEDERAL)   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made

Executed on April 18, 2006, at Oakland, California.

Judelle Mallari

2

*DECLARATION OF SERVICE*