1  ROBERT P. MALLORY (State Bar No. 48287)
   rmallory@mwe.com
2  DAN CHAMMAS (State Bar No. 204825)
   dchammas@mwe.com
3  McDERMOTT WILL & EMERY LLP
   2049 Century Park East
4  34th Floor
   Los Angeles, CA 90067-3208
5  Telephone: 310.277.4110
   Facsimile:  310.277.4730
6
   DAVID MARX, JR.
7  dmarx@mwe.com
   McDERMOTT WILL & EMERY LLP
8  227 West Monroe Street
   Chicago, Illinois 60606-5096
9  Telephone: 312.984.2000
   Facsimile:  312.984.7700
10
   RAYMOND A. JACOBSEN, JR.
11 rayjacobsen@mwe.com
   AMY E. HANCOCK
12 ahancock@mwe.com
   McDERMOTT WILL & EMERY LLP
13 600 13th Street, N.W.
   Washington, DC 20005-3096
14 Telephone: 202.756.8000
   Facsimile:  202.756.8087
15

16 Attorneys for Defendant
   LOCKHEED MARTIN CORPORATION
17

18                UNITED STATES DISTRICT COURT
19                CENTRAL DISTRICT OF CALIFORNIA
20

| | |
|---|---|
| 21  SPACE EXPLORATION<br>    TECHNOLOGIES CORPORATION,<br>22<br>          Plaintiff,<br>23<br>     v.<br>24<br>    THE BOEING COMPANY and<br>25  LOCKHEED MARTIN<br>    CORPORATION,<br>26<br>          Defendants. | CASE NO. CV 05-7533 FMC (MANx)<br><br>[~~PROPOSED~~] JUDGMENT |

27
28

LAS99 1455832-1.046395.0176

1  Having entered the Order Granting Motions to Dismiss on May 15, 2006, and
2  finding good cause therefor,
3  IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Second
4  Amended Complaint is dismissed with prejudice, that judgment is entered in favor
5  of defendants, that the matter is closed, and that defendants shall be awarded their
6  costs of suit incurred herein upon application therefor.

Dated: May 18, 2006

FLORENCE-MARIE COOPER, Judge
UNITED STATES DISTRICT COURT

PROOF OF SERVICE BY MAIL
FRCP 5(b)(2)(B)
STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 2049 Century Park East, 34th Floor, Los Angeles, California 90067-3208.

On **May 17, 2006**, I served the foregoing documents described as **[PROPOSED] JUDGMENT** on the interested parties of record in the action by:

☒ placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached mailing list.

☐ placing ☐ the original ☐ a true copy thereof enclosed in sealed envelopes addressed as follows: document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☒ **BY MAIL**

☐ I deposited in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

☒ I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Firm City, Firm State in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **May 17, 2006**, at Los Angeles, California.

Felecia J. McClendon 

LAS99 1426928-1.046395.0176

## SERVICE LIST

Charles S. Barquist
Anthony L. Press
Steven M. Haines
Morrison & Foerster LLP
555 West Fifth Street
Los Angeles, CA 90013.1024
Telephone:   213.892.5200
Facsimile:   213.892.5454
cbarquist@mofo.com
apress@mofo.com
shaines@mofo.com
Attorneys for Plaintiff, Space Exploration Technologies Corporation

David Boies
Boies, Schiller & Flexner LLP
333 Main Street
Armonk, New York 10504
Telephone:   914.749.8200
Facsimile:   914.749.8300
dboies@bsfllp.com
Attorneys for Plaintiff, Space Exploration Technologies Corporation

Steven C. Holtzman
Kieran Ringgenberg
Boies, Schiller & Flexner LLP
1999 Harrison Street
Oakland, California 94612
Telephone:   510.874.1000
Facsimile:   510.874.1460
sholtzman@bsfllp.com
kringgenberg@bsfllp.com
Attorneys for Plaintiff, Space Exploration Technologies Corporation

Brad D. Brian
Munger, Tolles & Olson LLP
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071
Telephone:   213.683.9100
Facsimile:   213.683.3702
brad.brian@mto.com
Attorneys for Defendant, The Boeing Company

Jerome C. Roth
Munger, Tolles & Olson LLP
560 Mission Street
27th Floor
San Francisco, CA 94105
Telephone:   415.512.4000
Facsimile:   415.683.4077
Jerome.roth@mto.com
Attorneys for Defendant, The Boeing Company

LAS99 1426928-1.046395.0176

- 2 -

## SERVICE LIST
(Continued)

3 | Scott McCaleb
Wiley Rein and Fielding
1776 K Street, NW
Washington, DC 20006
Telephone:   202.719.3193
Facsimile:    202.719.7049
smccaleb@wrf.com
Attorneys for Defendant, The Boeing Company