STEVEN C. HOLTZMAN (CA BAR NO. 144177)
FRED NORTON (CA BAR NO. 224725)
KIERAN P. RINGGENBERG (CA BAR NO. 208600)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, California 94612
Telephone: 510.874.1000
Facsimile: 510.874.1460
sholtzman@bsfllp.com
fnorton@bsfllp.com
kringgenberg@bsfllp.com

DAVID BOIES (*PRO HAC VICE*)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: 914.749.8200
Facsimile: 914.749.8300
dboies@bsfllp.com

Attorneys for Plaintiff
SPACE EXPLORATION TECHNOLOGIES
CORPORATION

**BY FAX**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY and LOCKHEED MARTIN CORPORATION,<br><br>Defendants. | Case No. CV05-7533 FMC (MANx)<br><br>**NOTICE OF APPEAL TO UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** |

Plaintiff Space Exploration Technologies Corporation ("SpaceX") appeals to the United States Court of Appeals for the Ninth Circuit from the Judgment of the United States District Court for the Central District of California entered in this case on May 18, 2006 (the "Judgment"), which dismissed SpaceX's Second Amended Complaint with prejudice based upon the District Court's "Order Granting Motions to Dismiss" entered on May 15, 2006.

NOTICE OF APPEAL TO UNITED STATES
COURT OF APPEALS FOR THE NINTH CIRCUIT

```
6/14/2006 11:06:10 AM Receipt #: 86061
               Cashier: NPONCE CLA 1-1]
Paid by: ONE LEGAL INC.
2:CV05-7533
2006-086900                    Appeals Filing Fees(1)
Amount :                                    $105.00
2:CV05-7533
2006-510000Judicial Services ($150.00)(1))
Amount :                                    $150.00
2:CV05-7533
2006-086400Appeals Filing fee - Special(1
)
Amount :                                    $200.00
Check Payment : 2005201 /                   455.00
```

The parties to the Judgment appealed from, and the names and addresses of their respective attorneys, are as follows:

1. SPACE EXPLORATION TECHNOLOGIES CORPORATION, Plaintiff, is represented by:

   STEVEN C. HOLTZMAN (State Bar No. 144177)
   FRED NORTON (State Bar No. 224725)
   KIERAN P. RINGGENBERG (State Bar No. 208600)
   BOIES, SCHILLER & FLEXNER LLP
   1999 Harrison Street, Suite 900
   Oakland, California 94612
   Telephone:  (510) 874-1000
   Facsimile:  (510) 874-1460

   DAVID BOIES
   BOIES, SCHILLER & FLEXNER LLP
   333 Main Street
   Armonk, New York 10504
   Telephone:  (914) 749-8200
   Facsimile:  (914) 749-8300

2. THE BOEING COMPANY, Defendant, is represented by:

   BRAD D. BRIAN (State Bar No. 079001)
   JEROME C. ROTH (State Bar No. 159483)
   ROBERT E. SATTERTHWAITE (State Bar No. 223767)
   BRADLEY R. SCHNEIDER (State Bar No. 235296)
   MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue, 35th Floor
   Los Angeles, California 90071-1560
   Telephone:  (213) 683-9100
   Facsimile:  (213) 687-3702

2. LOCKHEED MARTIN CORP., Defendant, is represented by:

   ROBERT P. MALLORY (State Bar No. 48287)
   DAN CHAMMAS (State Bar No. 204825)
   McDERMOTT WILL & EMERY LLP
   2049 Century Park East, 34th Floor

SCANNED

Los Angeles, California 90067-3208
Telephone: (310) 277-4110
Facsimile: (310) 277-4730

DAVID MARX, JR.
McDERMOTT WILL & EMERY LLP
227 West Monroe Street
Chicago, Illinois 60606-5096
Telephone: (312) 984-2000
Facsimile: (312) 984-7700

RAYMOND A. JACOBSEN, JR.
AMY E. HANCOCK
McDERMOTT WILL & EMERY LLP
600 13th Street, N.W.
Washington, D.C. 20005-3096
Telephone: (202) 756-8000
Facsimile: (202) 756-8087

DATED: June 13, 2006

DAVID BOIES
STEVEN C. HOLTZMAN
FRED NORTON
KIERAN RINGGENBERG
BOIES, SCHILLER & FLEXNER LLP

By: _____
Steven C. Holtzman

Attorneys for Plaintiff
SPACE EXPLORATION
TECHNOLOGIES CORPORATION

3

NOTICE OF APPEAL TO UNITED STATES
COURT OF APPEALS FOR THE NINTH CIRCUIT