STEVEN C. HOLTZMAN (CA BAR NO. 144177)
FRED NORTON (CA BAR NO. 224725)
KIERAN P. RINGGENBERG (CA BAR NO. 208600)
BOIES, SCHILLER & FLEXNER LLP
1999 Harrison Street, Suite 900
Oakland, California 94612
Telephone: 510.874.1000
Facsimile:  510.874.1460
sholtzman@bsfllp.com
fnorton@bsfllp.com
kringgenberg@bsfllp.com

DAVID BOIES (*PRO HAC VICE*)
BOIES, SCHILLER & FLEXNER LLP
333 Main Street
Armonk, New York 10504
Telephone: 914.749.8200
Facsimile:  914.749.8300
dboies@bsfllp.com

Attorneys for Plaintiff
SPACE EXPLORATION TECHNOLOGIES
CORPORATION

**BY FAX**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY and LOCKHEED MARTIN CORPORATION,<br><br>Defendants. | Case No. CV05-7533 FMC (MANx)<br><br>**DECLARATION OF SERVICE** |

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE, MOST RECENT, ADDRESS OF RECORD, IN THIS ACTION, ON THIS DATE.

DATED: 6/26/06

DEPUTY CLERK

DOCKETED ON CM
JUN 26 2006
BY _____ 181

---

*DECLARATION OF SERVICE*

## DECLARATION OF SERVICE

I, the undersigned, declare as follows:

I am employed in the County of Alameda, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 1999 Harrison Street, Suite 900, Oakland, California, 94612, in said County and State; on June 14, 2006, I served the:

1) **NOTICE OF APPEAL TO UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT; REPRESENTATION STATEMENT PURSUANT TO NINTH CIRCUIT RULE 3-2; AND**

2) **NINTH CIRCUIT DOCKETING STATEMENT**

By providing a true copy thereof to each of the persons named below:

Bran D. Brian
Linda M. Burrow
Kristin Linsley Myles
Jerome C. Roth
Robert E. Sattherthwaite
**Munger, Tolles & Olson LLP**
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702
Email: brad.brian@mto.com
Email: jerome.roth@mto.com
Email: kristin.myles@mto.com
Email: linda.burrow@mto.com
Email: satterthwaitere@mto.com
*Counsel for The Boeing Company*

Scott McCaleb
**Wiley Rein and Fielding LLP**
1776 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 719-7000
Facsimile: (202) 719-7049
Email: smccaleb@wrf.com
*Counsel for The Boeing Company*

Benjamin S. Sharp
**Perkins Coie LLP**
607 Fourteenth Street, N.W.
Washington, D.C. 20005-2011
Telephone: (202) 628-6600
Facsimile: (202) 434-1690
Email: bsharp@perkinscoie.com
*Counsel for The Boeing Company*

David Marx, Jr.
**McDermott Will & Emery LLP**
227 West Monroe Street
Chicago, Illinois 60606-5096
Telephone: (312) 372-2000
Facsimile: (312) 984-7700
Email: dmarx@mwe.com
*Counsel for Lockheed Martin Corporation*

Amy Hancock
Raymond Jacobsen
**McDermott Will & Emery LLP**
600 13th Street, N.W.
Washington, D.C. 20005
Telephone: (202) 756-8000
Facsimile: (202) 756-8087
Email: rjacobsen@mwe.com
Email: ahancock@mwe.com
*Counsel for Lockheed Martin*

Dan Chammas
Robert Mallory
**McDermott Will & Emery LLP**
2049 Century Park East, 34th Floor
Los Angeles, California 90067-3208
Telephone: (310) 277-4110
Facsimile: (310) 277-4730
Email: rmallory@mwe.com
Email: dchammas@mwe.com
*Counsel for Lockheed Martin*

2

*DECLARATION OF SERVICE*

| | | |
|---|---|---|
| 1 | *Corporation* | *Corporation* |

2. ☒ BY MAIL: I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

7. ☐ BY PERSONAL SERVICE: I placed a true copy in a sealed envelope addressed to each person[s] named at the address[es] shown and giving same to a messenger for personal delivery before 5:00 p.m. on the above-mentioned date.

10. ☐ BY ELECTRONIC MAIL

11. ☒ BY FACSIMILE: From facsimile machine telephone number (510) 874-1460, on the above-mentioned date, I served a copy of the above-referenced documents by facsimile transmission to the persons at the numbers indicated.

14. ☐ BY FEDERAL EXPRESS NEXT DAY AIR: I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for delivery by Federal Express. Pursuant to that practice, envelopes placed for collection at designated locations during designated hours are delivered to Federal Express with a fully completed airbill, under which all delivery charges are paid by Boies, Schiller & Flexner LLP, that same day in the ordinary course of business.

18. ☐ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that the foregoing document(s) were printed on recycled paper.

21. ☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 14, 2006, at Oakland, California.

*/s/ Sarah Kalas*
Sarah Kalas

3

DECLARATION OF SERVICE

11344398.tif - 6/14/2006 10:25:46 AM