CLERK, U.S. DISTRICT COURT
JUL 10 2006
CENTRAL DISTRICT OF CALIFORNIA
BY

RECEIVED
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS
PASADENA OFFICE
JUN 27 2006
FILED
DOCKETED 6-28-06
DATE            INITIAL

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

**CASE INFORMATION:**
Short Case Title: Space Exploration Technologies Corporation v. Boeing Company
Court of Appeals No. (leave blank if unassigned) **06-55907**
U.S. District Court, Division & Judge Name Central CA. L.A., Hon. Florence-Marie Cooper
Criminal and/or Civil Case No. CV 05-7533-FMC (MANx)
Date Complaint/Indictment/Petition Filed: 10/19/2005
Date Appealed order/judgment *entered*: 5/18/06
Date NOA *filed*: 6/14/06
Date(s) of Indictment _____ Plea Hearing _____ Sentencing _____

COA Status (check one):  ☐ granted in full (attach order)   ☐ denied in full (send record)
                          ☐ granted in part (attach order)  ☐ pending

Court Reporter(s) Name & Phone Number Rick Duvall, 213-894-3015

*Magistrate Judge's Order? If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: 6/14/06            Date Docket Fee Billed: _____
Date FP granted: _____                   Date FP denied: _____
Is FP pending? ☐ yes ☐ no                 Was FP limited ☐? Revoked ☐?
US Government Appeal? ☐ yes ☐ no
Companion Cases? Please list: _____

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION (please include email address)**
Appellate Counsel:                         Appellee Counsel:
Steven C Holtzman                          Brad D Brian, Munger Tolles & Olson
1999 Harrison Street, Suite 900            355 S Grand Ave, 35th Fl
Oakland, CA 94612                          Los Angeles, CA 90071-1560
Tel: 510-874-1000  Fax: 510-874-1460       Tel: 213-683-9100  Fax: 213-687-3702

☒ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other _____  *Please attach appointment order*

**DEFENDANT INFORMATION**
Prisoner ID _____                         Address:
Custody _____
Bail _____

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid _____                      9th Circuit Docket Number _____

DOCKETED ON CM
JUL 10 2006
184   66
BY _____

Name & Phone Number of Person Completing this Form: C. REYES
                                                     213 894-3570

A-8 (08/02) (09-014)        NOTICE OF APPEAL NOTIFICATION FORM

```
(()) Duplicate (()) Duplicate (())
       CLERK'S OFFICE U.S.D.C.
            LOS ANGELES
6/14/2006 11:06:10 AM  Receipt #: 86061
        Cashier : NPONCE [LA 1-1]
Paid by: ONE LEGAL INC.
2:CV05-7533
2006-086906           Appeals Filing Fees(1)
Amount :                            $105.00

2:CV05-7533
2006-510000Judicial Services ($150.00) (
Amount :                            $150.0

2:CV05-7533
2006-086400Appeals Filing fee - Special
Amount :                            $200.0

Check Payment : 2865261        455.0
Total Payment :                 455.0
```